# EXHIBIT E

| | |
|---|---|
| **From:** | Kevin G. Kenneally <kevin.kenneally@fmglaw.com> |
| **Sent:** | Thursday, February 24, 2022 1:33 PM |
| **To:** | Schultz, Karim |
| **Subject:** | [EXTERNAL] RE: Denver v. Rosenthal / AIG Claim #80131363 |

**This message is from an external sender; be cautious with links and attachments.**

Sorry I wasn't clear.

Under Massachusetts case law, an insurer that issues an ROR becomes immediately obligated to pay the defense costs of its insured and the insured gets to choose his own counsel, not at panel rates. I thought this was clear last week as we are trying to determine a split and reduced rate for fees going forward (in light of Chubb's position that the insured is responsible for all fees above their panel rates—which is not the law).

Mr. Rosenthal reserves all rights as to recover fees and costs in full and all other issues.

Thank you.

Kevin

**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
D: 617-963-5968 | C: 857-366-1191

kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement

---

**From:** Schultz, Karim <Karim.Schultz@AIG.com>
**Sent:** Thursday, February 24, 2022 10:50 AM
**To:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Subject:** RE: Denver v. Rosenthal / AIG Claim #80131363

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

I'm not sure I understand your question

Sincerely,

*Karim Schultz*

AIG Claims, Inc.
Litigation Specialist
Tel: (908) 679-2685 | Cell: (732) 215-8394 | Fax: (866) 947-1512
karim.schultz@aig.com | http://www.aig.com

**Mailing Address:  P.O. Box 26210  Shawnee Mission, KS  66225**

AIG Claims Inc, is the claims administrator for the following underwriting  companies:

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.
In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

Please consider the environment before printing this email

---

**From:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Sent:** Thursday, February 24, 2022 10:43 AM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Subject:** [EXTERNAL] RE: Denver v. Rosenthal / AIG Claim #80131363

This message is from an external sender; be cautious with links and attachments.

Did I misread your letter to Reserve Rights?


**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617-963-5968 | C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement

---

**From:** Schultz, Karim <Karim.Schultz@AIG.com>
**Sent:** Thursday, February 24, 2022 9:26 AM

2

**To:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Subject:** RE: Denver v. Rosenthal / AIG Claim #80131363

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

AIG is still reviewing the request to share in the defense costs.

As our letter to Lee Rosenthal states, we have acknowledged *the potential for coverage* but have not yet agreed to provide a defense. Therefore, it would be premature for AIG to agree to pay 50% of the defense costs at this juncture. To help determine if a duty to defend is owed by AIG, please have Mr. Rosenthal comply with the information requests outlined on page 7 of the letter sent to Mr. Rosenthal on February 16, 2022.

Sincerely,

*Karim Schultz*
**AIG Claims, Inc.**
Litigation Specialist
Tel: (908) 679-2685 | Cell: (732) 215-8394 | Fax: (866) 947-1512
karim.schultz@aig.com | http://www.aig.com

**Mailing Address:  P.O. Box 26210  Shawnee Mission, KS  66225**

AIG Claims Inc, is the claims administrator for the following underwriting  companies:

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.
In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

Please consider the environment before printing this email

**From:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Sent:** Wednesday, February 23, 2022 11:48 AM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Subject:** [EXTERNAL] Denver v. Rosenthal / AIG Claim #80131363

**This message is from an external sender; be cautious with links and attachments.**

Dear Karim,

Below is my email to Brooke at Chubb, concerning the billing of this matter. Please let me know your thoughts.

Thank you.

Kevin


**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street** | **Suite 600** | **Boston, MA 02109-1800**
**D: 617-963-5968** | **C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement

---

**From:** Kevin G. Kenneally
**Sent:** Wednesday, February 23, 2022 11:45 AM
**To:** Wenocur, Brooke L <Brooke.Wenocur@Chubb.com>
**Subject:** RE: [EXTERNAL] : Information about claim number: KY22K2059497 | 10008 - ACE AMERICAN INSURANCE COMPANY

Brooke, Following up on the agreed rate, have you had a chance to confer with Karim at AIG?

It would be beneficial to all parties to arrive at an agreed rate to be split, I think, and which does not expose the insured to out of pocket fees. In the meantime, shall we bill your claim file at the Chubb Marine rates you quoted and balance bill AIG and the insured, Mr. Rosenthal?

Thank you.

Kevin

**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street** | **Suite 600** | **Boston, MA 02109-1800**
**D: 617-963-5968** | **C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement