# EXHIBIT G

| | |
|---|---|
| **From:** | Kevin G. Kenneally <kevin.kenneally@fmglaw.com> |
| **Sent:** | Tuesday, March 29, 2022 4:09 PM |
| **To:** | Schultz, Karim |
| **Subject:** | RE: [EXTERNAL]  Denver v. Rosenthal / Claim #80131363 |

Dear Karim,

Following up on my previous emails providing AIG with the information requested, please see responses to your questions below:

1. **All documents concerning the purchase, ownership and/or title to the watercraft that you were operating during the events described in the Denver Action:**
   Mr. Rosenthal's father is locating documents with respect to his Jupiter boat.

2. **Whether the vessel was being used on July 17, 2021 for business or personal use;**
   Mr. Rosenthal was using the vessel for personal use on July 17,2021.

3. **Copies of all other policies of insurance that would cover you or the watercraft you were operating on July 17, 2021, including any coverage correspondence sent to you by an insurance carrier;**
   Previously furnished to you.

4. **All documents concerning where the watercraft that you were operating on July 17, 2021 was docked, moored, stored, kept, and maintained, both on- and off-season for the period July 17, 2020 – July 17, 2021, including but not limited to, any documents reflecting same with a marina or yacht club or your father, who we understand owned the vessel;**
   Mr. Rosenthal and his father will furnish such docking or mooring documents.

5. **Identify all persons who held in their possession or had access to a set of keys for the watercraft you were operating on July 17, 2021, and where such keys were kept from June 17, 2021 to July 17, 2021;**
   Mr. Rosenthal had the key to the Jupiter vessel. Mr. Rosenthal's father had a key too.

6. **All documents in your possession from any law enforcement or government agency concerning the events described in the Denver Action;**
   Previously furnished to you.

7. **The names, addresses and contact information for all passengers aboard your watercraft at the time of the incident alleged in the Denver Action on July 17, 202l, including whether or not each individual was a personal or professional acquaintance or contact.**
   All passengers were friends or school classmates of Mr. Rosenthal's brother (or their friends):
   - Cheema Mbagwu, Harvard University (225)397-0061  ;
   - Evan Casalino, Harvard;
   - Brian Josephson, Harvard (347)491-0347;
   - Two unknown women guests of the above passengers.

**Kevin G. Kenneally**

1

Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617-963-5968 | C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IL | IN | KY | MA | NJ | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

---

**From:** Kevin G. Kenneally
**Sent:** Monday, March 28, 2022 5:49 PM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Subject:** RE: [EXTERNAL] Denver v. Rosenthal / Claim #80131363

Karim,

I received your letter dated March 22, 2022 today. Please also send such items by email so we can provide timely responses.

As to your request in Item 2, there is no insurance that "would cover Lee Rosenthal or the watercraft he was operating on July 17, 2021" as the Chubb like AIG has reserved rights. Attached are the policies and coverage correspondence you have requested.

Here are all law enforcement or government agency documents in our custody (Item 6 in your letter). The Denver indictment documents attached previously were sent to you by email on January 24th. Our efforts to FOIA police reports and related government materials have been refused because of the ongoing homicide and related offenses prosecution of Ryan Denver, the owner and operator of the vessel involved in the fatal accident.

We will provide the additional materials and information some of which we are obtaining from the vessel owner and other.

We look forward to your response about the defense costs of your insured in light of the Reservation of Rights.

Thank you.

Kevin

**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617-963-5968 | C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IL | IN | KY | MA | NJ | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

**From:** Kevin G. Kenneally
**Sent:** Monday, January 24, 2022 3:20 PM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Subject:** RE: [EXTERNAL] RE: RE: Denver v. Rosenthal / Claim #80131363

**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617-963-5968 | C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA | CT | FL | GA | IN | KY | MA | NJ | NY | OH | PA | RI | TN
Please read this important notice and confidentiality statement

**From:** Schultz, Karim <Karim.Schultz@AIG.com>
**Sent:** Monday, January 24, 2022 2:46 PM
**To:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Subject:** [EXTERNAL] RE: RE: Denver v. Rosenthal / Claim #80131363

Actually. Something just came up and I quickly need to leave the house. I can call you when I get back in approx. 30 minutes. Sorry

Sincerely,

*Karim Schultz*
**AIG Claims, Inc.**
Litigation Specialist
Tel: (908) 679-2685 | Cell: (732) 215-8394 | Fax: (866) 947-1512
karim.schultz@aig.com | http://www.aig.com

**Mailing Address: P.O. Box 26210  Shawnee Mission, KS  66225**

AIG Claims Inc, is the claims administrator for the following underwriting companies:

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.

3

In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

 Please consider the environment before printing this email

---

**From:** Schultz, Karim
**Sent:** Monday, January 24, 2022 2:42 PM
**To:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Subject:** RE: [EXTERNAL] RE: Denver v. Rosenthal / Claim #80131363

Thank you Kevin. Can I call you in the office now?

Sincerely,

*Karim Schultz*
**AIG Claims, Inc.**
Litigation Specialist
Tel: (908) 679-2685 | Cell: (732) 215-8394 | Fax: (866) 947-1512
karim.schultz@aig.com | http://www.aig.com

**Mailing Address:  P.O. Box 26210  Shawnee Mission, KS  66225**

AIG Claims Inc, is the claims administrator for the following underwriting  companies:

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.
In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

 Please consider the environment before printing this email

---

**From:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Sent:** Monday, January 24, 2022 12:15 PM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Subject:** RE: [EXTERNAL] RE: Denver v. Rosenthal / Claim #80131363

Karim,

Attached are court documents concerning the cause of the fatal accident involving the other vessel and the ongoing prosecution of Mr. Denver.

As you'll see, your insured is not mentioned.

I look forward to our call today.

Kevin

**Kevin G. Kenneally**
Partner
**Freeman Mathis & Gary, LLP**
**60 State Street | Suite 600 | Boston, MA 02109-1800**
**D: 617-963-5968 | C: 857-366-1191**
kevin.kenneally@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



CA **|** CT **|** FL **|** GA **|** IN **|** KY **|** MA **|** NJ **|** NY **|** OH **|** PA **|** RI **|** TN
Please read this important notice and confidentiality statement

---

**From:** Schultz, Karim <Karim.Schultz@AIG.com>
**Sent:** Monday, January 24, 2022 11:27 AM
**To:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Cc:** Lee Rosenthal <lee.rose7@gmail.com>
**Subject:** [EXTERNAL] RE: Denver v. Rosenthal / Claim #80131363

Yes, I should be available after 2:30 pm

Sincerely,

*Karim Schultz*
**AIG Claims, Inc.**
Litigation Specialist
Tel: (908) 679-2685 | Cell: (732) 215-8394 | Fax: (866) 947-1512
karim.schultz@aig.com | http://www.aig.com

**Mailing Address:  P.O. Box 26210  Shawnee Mission, KS  66225**

AIG Claims Inc, is the claims administrator for the following underwriting  companies:

In CA, insurance is underwritten by AIG Property Casualty Company and Lexington Insurance Company.
In all other states, insurance is underwritten by AIG Property Casualty Company, Lexington Insurance Company, American Home Assurance Company and The Insurance Company of the State of Pennsylvania

IMPORTANT NOTICE:

The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not use or disseminate the information. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Chartis for any loss or damage arising in any way from its use.

 Please consider the environment before printing this email

---

**From:** Kevin G. Kenneally <kevin.kenneally@fmglaw.com>
**Sent:** Monday, January 24, 2022 11:19 AM
**To:** Schultz, Karim <Karim.Schultz@AIG.com>
**Cc:** Lee Rosenthal <lee.rose7@gmail.com>
**Subject:** [EXTERNAL] Denver v. Rosenthal / Claim #80131363

This message is from an external sender; be cautious with links and attachments.

Dear Karim,

I am personal counsel for Mr. Rosenthal. I will forward additional items for your review.

I have a call at 11:30. Can we speak this afternoon?

Thank you,

Kevin

Kevin G. Kenneally
Freeman Mathis & Gary, LLP
60 State Street | Suite 600 | Boston, MA 02109-1800
D: 617.963.5968 | C: 857.366.1191
kevin.kenneally@fmglaw.com

CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI