UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AIG Property Casualty Company
       Plaintiff

                                        CIVIL ACTION NO.:
v.                             1:22-cv-11401-ADB

E Lee Rosenthal and Ryan Denver
       Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
March 12, 2024

Burroughs, D.J.

In accordance with the Court's Memorandum and Order dated March 12, 2024, GRANTING Plaintiff AIG Property Casualty Company's motion for summary judgment, Judgment is entered on behalf of the Plaintiff, AIG Property Casualty Company. This case is hereby DISMISSED.

      SO ORDERED.

                                      /s/ Allison D. Burroughs
                                      ALLISON D. BURROUGHS
                                      United States District Judge